UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSEPH ZENO** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-2521** |
| **TERREBONNE PARISH CRIMINAL JUSTICE COMPLEX** | **SECTION D (4)** |

## ORDER

The Court, having reviewed *de novo* the Complaint,[1] the record, the applicable law, the Report and Recommendations of the United States Magistrate Judge,[2] and the failure of any party to file an objection to the Magistrate Judge's Findings and Recommendations,[3] hereby approves the Findings and Recommendations of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, November 23, 2020.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 4.
[2] R. Doc. 7.
[3] The law allows fourteen days for a party to file objections. *See* 28 U.S.C. § 636(b)(1). However, because Plaintiff is *pro se*, the Court has allowed Plaintiff an additional week in which to file objections beyond the statutorily-mandated fourteen day period.